## Joseph McPherson, impleaded, etc.,
### *v.*
## Robert H. Parks.

Appeal from the Superior Court of Chicago; the Hon. John A. Jameson, Judge, presiding.

Messrs. Scates, Bates & Towslee, for the appellant.

Messrs. Miller, Van Arman & Lewis, for the appellee.

Mr. Justice Breese: This case is, in all important respects, the same as the preceding case, except that the sale was of 10,000 bushels of oats.

The same instruction was given on behalf of the plaintiff as in that case, and, it being *held* to be erroneous as there given, it is equally so in this case, and the judgment must be reversed, and the cause remanded.

*Judgment reversed.*